**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

<table>
<tr><td>

**PARVINDER SINGH; KAWALJEET KAUR SACHDEVA; JAPNEET SINGH,**

          Petitioners,

  v.

**ERIC H. HOLDER, Jr., Attorney General,**

          Respondent.

</td><td>

No. 10-71489

Agency Nos.    A099-873-204
               A099-873-205
               A099-873-206


**MEMORANDUM**[*]

</td></tr>
</table>

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted April 8, 2014[**]
Seattle, Washington

Before:    **KOZINSKI**, Chief Judge, **RAWLINSON** and **BEA**, Circuit Judges.

The BIA didn't err in adopting the immigration judge's adverse credibility

finding. The immigration judge listed "specific instances in the record that

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

form[ed] the basis of the . . . adverse credibility determination," Shrestha v. Holder, 590 F.3d 1034, 1042 (9th Cir. 2010), including Singh's voluntary return to India, discrepancies between the affidavits of Singh and his father, and petitioners' inconsistent testimony regarding their place of residence and visa application process. Nothing in the record "compels a contrary conclusion." Singh v. Gonzales, 439 F.3d 1100, 1105 (9th Cir. 2006).

**DENIED.**